SARAH C. TERWILLIGER, as Administratrix of the Estate of WILLIAM G. TERWILLIGER, Deceased, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Terwilliger* v. *Long Island R. R. Co.*, 152 App. Div. 168, affirmed.
(Argued May 1, 1913; decided June 17, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 2, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant.

*Alfred A. Gardner* and *Joseph F. Keany* for appellant.

*Augustus Van Wyck, Meier Steinbrink* and *George W. Martin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WILLARD BARTLETT, CHASE and HOGAN, JJ. Dissenting: HISCOCK and COLLIN, JJ. Absent: WERNER, J.